```
1   CHRISTOPHER CARREA JR.
    P77287        15-12
2   5150 O'BYRNES FERRY ROAD
    JAMESTOWN,  CALIFORNIA
3                 95327

4   PRO PER
```

FILED

2007 DEC -5 PM 2:31

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____RM_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CARREA JR., | CASE NO.: CV 07-2197JLS(NLS) |
| PETITIONER, | PROOF OF SERVICE |
| VS. | |
| JAMES E. TILTON, SECRETARY, ET AL., | |
| RESPONDENTS. | |

I AM OVER THE AGE OF EIGHTEEN AND NOT A PARTY TO THIS ACTION. MY ADDRESS IS AS FOLLOW:

    5150 O'BYRNES FERRY ROAD

    JAMESTOWN,  CALIFORNIA

              95327

I SERVED THE RESPONDENTS VIA UNITED STATES MAIL A COPY OF THE FOLLOWING DOCUMENTS: PETITION FOR WRIT OF HABEAS CORPUS

IN AN ENVELOPE SEALED, WITH THE ADDRESS TO BE PROCESSED THROUGH THE MAILROOM AT THIS FACILITY. THE ENVELOPE WAS PLACED INTO THE

PAGE ONE

1 | DESIGNATED MAIL RECEPTACLE AND MAILED TO THE FOLLOWING
2 | ADDRESS NOTED:
3 |     STATE OF CALIFORNIA ATTORNEY GENERAL
4 |     BILL LOCKYER
5 |     110 WEST "A" STREET SUITE 600
6 |     SAN DIEGO, CALIFORNIA
7 |         92101
8 | I DECALRE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
9 | AND CORRECT. EXECUTED THIS 1 DAY, DECEMBER, 2007 AT
10 | JAMESTOWN CALIFORNIA

BY: *LeRoy Seymore*
    LEROY SEYMORE

PAGE TWO