1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  DANIEL ROGERS
   Deputy Attorney General
5  MATTHEW MULFORD, State Bar No. 184000
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-2227
     Fax: (619) 645-2271
9    Email: Matthew.Mulford@doj.ca.gov

10 Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARREA CHRISTOPHER, Jr.,<br><br>                     Petitioner,<br><br>     v.<br><br>JAMES E. TILTON, Secretary,<br><br>                     Respondent. | 07cv2197 JLS (NLS)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS** |

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  DANIEL ROGERS
   Deputy Attorney General
5  MATTHEW MULFORD, State Bar No. 184000
   Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-2227
     Fax: (619) 645-2271
9    Email: Matthew.Mulford@doj.ca.gov

10  Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12             FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14  | CARREA CHRISTOPHER, Jr., | 07cv2197 JLS (NLS) |
    |---|---|
    | Petitioner, | NOTICE OF MOTION AND MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS |
    | v. | |
    | JAMES E. TILTON, Secretary, | |
    | Respondent. | |

20          PLEASE TAKE NOTICE that James E. Tilton, Secretary of the California Department

21  of Corrections and Rehabilitation, hereby moves the United States District Court, Southern District,

22  to dismiss Christopher's Petition for Writ of Habeas Corpus, 28 U.S.C. § 2254. Although

23  Christopher seeks relief from his July 20, 2007, criminal conviction, he has not properly exhausted

24  state-court remedies concerning his claim because his direct-appeal from his conviction is currently

25  ongoing. His Petition should be dismissed under the abstention doctrine and for his failure to

26  properly exhaust his claims.

27          No hearing on this Motion is required, and this case is exempt from the requirement to

28  hold a status conference. *See* Local Rules 7(d)(2), 16.1(e)(1). This Motion is based on this Notice

07cv2197 JLS (NLS)

1

1  of Motion, the accompanying Memorandum of Points and Authorities, and on the pleadings and state
2  court records that have been or will be provided to this Court.
3       Respondent Tilton respectfully requests that the Petition be dismissed.
4       Dated:  January 10, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

DANIEL ROGERS
Deputy Attorney General


s/Matthew Mulford

MATTHEW MULFORD
Deputy Attorney General

Attorneys for Respondent

MM:adc
80195151.wpd
SD2007803105

## CERTIFICATE OF SERVICE BY U.S. MAIL

Case Name:   **Christopher v. Tilton**
No.:   **07cv2197 JLS (NLS)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>January 10, 2008</u>, I served the following documents:

1. **NOTICE OF MOTION AND MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS; and**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PETITION**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**Electronic Mail Notice List**
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: n/a
[

**Manual Notice List**
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

Carrea Christopher, Jr.           Laurel M. Nelson
P-77287                           P.O. Box 101355
5150 O'Byrnes Ferry Road          Denver, CO 80250
Jamestown, CA 95327
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on January 10, 2008, at San Diego, California.

A. Curiel                                              _A. Curiel_
_____                              _____
Declarant                                              Signature

SD2007803105
80195220.wpd