# EXHIBIT A



# CALIFORNIA APPELLATE COURTS
Case Information

## 4th Appellate District Division 1
(Cases begin at D035601)

Welcome
Search
E-mail
Calendar
Help
Opinions


home

Court data last updated: 01/09/2008 11:05 AM

**Case Summary   Docket   Scheduled Actions   Briefs
Disposition   Parties and Attorneys   Trial Court**

## Docket (Register of Actions)

**The People v. Carrea
Case Number D051337**

| Date | Description | Notes |
|---|---|---|
| 07/31/2007 | Notice of appeal lodged/received (criminal). | Filed July 20, 2007 - CARREA |
| 08/16/2007 | Change of contact information filed for: | By ADI for Christopher Carrea |
| 09/14/2007 | RECORD ON APPEAL FILED.************ | Clerks -1 [279]; Reporters - 7 [739 - blocked]; Prelim -1 [48]; Reporters Master Index -1; Confid. env. -1 Sent. 7 yrs. |
| 10/02/2007 | Change of contact information filed for: | By ADI for Christopher Carrea. [housing only] |
| 10/11/2007 | Counsel appointment order filed. | Atty. Laurel M. Nelson appointed counsel for Christopher Carrea. Ext. for opening brief to 11/20/07 |
| 10/11/2007 | Application filed. | By Christopher Carrea for appointment of counsel, a "Full record" and extension of time for Opening brief. [sent to appellate counsel with letter dated 10/11/07] |
| 10/11/2007 | Letter sent to: | Appellant in pro per: Your application for full record, extension of time for opening brief and application for appointment of counsel are being sent to your newly appointed attorney of record: Laurel M. Nelson at: P.O. Box 101355; Denver, CO 80250. |
| 11/19/2007 | Granted - extension of time. | |
| 12/18/2007 | Granted - extension of time. | |

Click here to request automatic e-mail notifications about this case.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
- ☒ COUNTY COURTHOUSE, 220 W. BROADWAY, SAN DIEGO,CA 92101-3814
- ☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643
- ☐ JUVENILE COURT, 2851 MEADOW LARK DR., SAN DIEGO, CA 92123-2792
- ☐ JUVENILE COURT, 325 S. MELROSE DR., VISTA, CA 92081-6643
- ☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649
- ☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941

FOR COURT USE ONLY

PEOPLE OF THE STATE OF CALIFORNIA

Plaintiff and Respondent

VS.

CHRISTOPHER CARREA

Defendant and Appellant

F I L E D
Clerk of the Superior Court

JUL 2 6 2007

By: T. Lancaster, Deputy

| NOTICE OF FILING<br>(CRC Rules 8.304(c), 8.316(c)) | CASE NUMBER<br>SCE269321 |
| | DA/JDA/CC  NUMBER<br>MAQ00001 |

PLEASE TAKE NOTICE that the    ☐ ABANDONMENT OF APPEAL    ☒ NOTICE OF APPEAL    ☐ NOTICE OF CROSS- APPEAL ☐ AMENDED NOTICE OF APPEAL from the 07/20/07 PH&S After Jury Trial

RE: the above-entitled case was filed in this office on 07/20/07 by:
The Defendant and Appellant

CLERK OF THE SUPERIOR COURT

*J.Lancaster*

Date:  07/26/07                    Clerk, by _____, Deputy
                                                  T. Lancaster

## CERTIFICATE OF MAILING

I certify that: I am not a party to the above-entitled case; that on the date shown below, I mailed the NOTICE OF FILING to the parties shown below by placing a true copy in a separate envelope, addressed as shown below; each envelope was then sealed and, with postage thereon fully prepaid, deposited in the United States Postal Service at    ☒ San Diego ☐ Vista    ☐ Chula Vista    ☐ El Cajon, California.

CLERK OF THE SUPERIOR COURT

*J.Lancaster*

Date:  07/26/07                    Clerk, by _____, Deputy
                                                  T. Lancaster

TO:    Office of the Attorney General
       Edmund G. Brown, Jr., Attorney General
       110 West "A" Street, Suite 1100
       San Diego, CA 92101

TO:    Office of the District Attorney
       Appellate Division
       330 West Broadway, Suite 920
       San Diego, CA 92101

SDSC APL-22CRM(Rev 1-07)                    NOTICE OF FILING

GLORIA

CR-120

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):

CARREA CHRISTOPHER JR.
771898
1173 FRONT STREET
SAN DIEGO CALIF, 92101

TELEPHONE NO.:                  FAX NO.:

ATTORNEY FOR (Name):

Court of Appeal Fourth District

R E C E I V E D

JUL 31 2007

Stephen M. Kelly, Clerk

DEPUTY

FOR COURT USE ONLY

F I L E D
Clerk of the Superior Court

JUL 2 0 2007

By: N. Lyons, Deputy
EAST COUNTY DIVISION

D 051337

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

PEOPLE OF THE STATE OF CALIFORNIA

VS.

DEFENDANT: CARREA CHRISTOPHER JR

Date of birth: 1-31-54   California Dept. of Corrections No. (if applicable): _____

NOTICE OF APPEAL-FELONY (DEFENDANT)
(Pen. Code, §§ 1237,1538.5(m); Cal. Rules of Court, rule 30(b))

CASE NUMBER(S):

SCE 269321

## NOTICE

- If your appeal challenges the validity of the plea you must complete the *Request for Certificate of Probable Cause* on the other side of this form. (Pen. Code, § 1237.5.)
- You must file this form in the superior court within 60 days after entry of judgment.

1. Defendant (name): CARREA CHRISTOPHER JR

   appeals from the order or judgment entered on (specify date of order, judgment, or sentence): JULY 20, 2007

2. This appeal follows:

   a. [X] A jury or court trial. (Pen. Code, § 1237(a).)

   b. [ ] A contested violation of probation. (Pen. Code, § 1237(b).)

   c. [ ] A guilty (or no-contest) plea or an admitted probation violation (check all boxes that apply):

      (1) [ ] This appeal is based on the sentence or other matters occurring after the plea. (Cal. Rules of Court, rule 30(b)(4)(B)) (d).)

      (2) [ ] This appeal is based on the denial of a motion to suppress evidence under Penal Code section 1538.5.

      (3) [ ] This appeal challenges the validity of the plea or admission. (You must complete the Request for Certificate of Probable Cause on the other side of this form.)

   d. [ ] Other (specify):

3. [X] request that the court appoint an attorney on appeal. Defendant [ ] was [X] was not represented by an appointed attorney in the superior court.

4. Defendant's address: [X] same as in attorney box above.
   [ ] as follows:

Date: JULY 20 2007

CARREA CHRISTOPHER JR
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF DEFENDANT OR ATTORNEY)

8

THE STATE OF CALIFORNIA
COURT OF APPEAL
FOURTH APPELLATE DISTRICT
DIVISION ONE





Appeal No. D051337

<u>People</u> v. <u>Christopher Carrea</u>

Superior Ct. No. SCE269321    San Diego County

### ORDER FOR COUNSEL ON APPEAL

Laurel M. Nelson is appointed.

**This case will be INDEPENDENT.**

Submitted by: _Jen Robason_    On: October 11, 2007
APPELLATE DEFENDERS, INC.

_____ The rule 8.360(c)(5) notice issued on_____ is vacated.

_____ The record on appeal has not been filed.

___✓_____ The record on appeal has been filed and the time to file
appellant's opening brief is extended to _11-20-07_.

## McCONNELL

Presiding Justice

cc: Attorney General, Appellate Defenders, Inc., Appellant's
attorney and Appellant

(D10A Notice to be sent to Superior Court)

| Attorney's Name, Address and No. | Appellant's Name and Address |
|---|---|
| Laurel M. Nelson | Christopher Carrea, # P77287 |
| P.O. Box 101355 | 15-12 |
| Denver, CO   80250 | 5150 O'Byrnes Ferry Road |
| (303) 765-2347 | Jamestown, CA   95327 |
| State Bar No. 138706 | |

LAUREL M. NELSON
State Bar #138706
P.O. Box 101355
Denver, CO 80250-1355
Phone: (303) 765-2347

Attorney for Appellant
CHRISTOPHER CARREA



Date Filed:_____
SAN DIEGO DOCKETING
NOV 20 2007
No. SD2007802726
BY NOEMI ABUNDEZ

F I L E D
Stephen M. Kelly, Clerk
NOV 1 0 2007

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FOURTH APPELLATE DISTRICT, DIVISION ONE

|  |  |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA, ) ) ) | CASE NO. D051337 |
| Plaintiff and Respondent, ) ) | (San Diego County Superior Court Case No. SCE269321) |
| vs. ) ) | REQUEST FOR EXTENSION OF TIME TO FILE THE |
| CHRISTOPHER CARREA, ) ) | APPELLANT'S OPENING BRIEF; DECLARATION |
| Defendant and Appellant. ) ) | OF COUNSEL |

Appellant, CHRISTOPHER CARREA, by and through his appointed attorney,

Laurel Nelson, hereby requests the time for filing the opening brief on appeal be extended

to 30 days from November 20, 2007, to December 20, 2007.

In support thereof, counsel declares as follows:

I am an attorney, duly licensed to practice law in the State of California. In that

capacity, I was appointed to represent Mr. Carrea, appellant in the above-entitled matter. I

1

10

received the record on or about October 15, 2007.

I have begun review of the record and have received additional materials from the client that require review. Since receiving the record in this case, I have completed and filed two Opening Briefs on Appeal and a motion for bail. All are in appointed cases.

In my professional opinion, the extension of time is necessary to adequately represent appellant in this matter.

No previous extensions have been granted in this matter. The appellant is in custody.

For the above reasons, I respectfully request the time for filing the Opening Brief on appeal be extended to 30 days to December 20, 2007.

The above statements are true and correct based on my personal knowledge or on information deemed reliable. Executed this 13th day of November, 2007, at Denver, Colorado.

LAUREL M. NELSON
Attorney for Appellant, by
appointment of the Court of Appeal
under the Appellate Defenders, Inc.
Independent Case System

FILED
Stephen M. Kelly, Clerk

NOV 1 9 2007

Court of Appeal, Fourth Appellate

## ORDER

GOOD CAUSE APPEARING THEREFOR, the time for filing the Appellant's Opening Brief is extended to 30 days to December 20, 2007.

McCONNELL

_____
Presiding Justice

2

**11**