```
 1  CHRISTOPHER CARREA JR                    FILED
    P77287        15-12L                2008 JAN 22  PM 4:02
 2  5150 O'BYRNES FERRY ROAD
    JAMESTOWN, CALIFORNIA              CLERK US DISTRICT COURT
 3              95327                  SOUTHERN DISTRICT OF CALIFORNIA

 4  PRO PER                            BY_____RM_____DEPUTY
```

5

6

7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARREA CHRISTOPHER JR., | ) | CASE NO.:CV07-2197JLS(NLS) |
| | ) | |
| PETITIONER, | ) | OPPOSITION TO RESPONDENT |
| | ) | MOTION TO DISMISS PETITION |
| VS. | ) | FOR WRIT OF HABEAS CORPUS |
| JAMES E. TILTON, SECRETARY, | ) | |
| ET AL., | ) | |
| | ) | |
| RESPONDENT. | ) | |

THE PETITIONER, CARREA CHRISTOPHER JR., COMES IN OPPOSITION TO THE RESPONDENT MOTION TO DISMISS, DUE TO THE RESPONDENT CLAIM AND ASSERTION BEING LUDICROUS AND REDICULOUS. THE RESPONDENT ARE ASKING THIS COURT WHICH IS SWORN TO UPHOLD THE UNITED STATES CONSTITUTION, TO ASSIST THEM IN VIOLATING THE PETITIONER, CARREA CHRISTOPHER JR., CONSTITUTIONAL RIGHTS.

THE ISSUE OF SPEEDY TRIAL MUST BE ASSERTED PRIOR TO THE TRIAL AND THE PETITIONER DID ASSERT IT PRIOR TO THE TRIAL. THE PETITIONER CARREA CHRISTOPHER JR., AFFORDED ALL STATE COURTS INCLUDING THE STATE SUPREME COURT THE OPPORTUNITY TO REVIEW AND CONSIDER THE ISSUES OF THE PETITION OF THIS COURT.

PAGE ONE OF TWO

1  ALL STATE COURTS REFUSED A FAIR HEARING AND DID NOT STATE ONE
2  WORD TO JUSTIFY THE DENIAL OF THE PETITIONER, CARREA CHRISTOPHER,
3  UNITED STATES CONSTITUTIONAL RIGHTS. THE PETITIONER PRESENTED
4  THE ISSUES TO ALL STATE COURTS, YET THE RESPONDENTS ARE TELLING
5  THIS COURT THE PETITIONER CAN SUBMIT THEM AGAIN, KNOWING THE
6  PETITIONER WILL NOT GET A FAIR HEARING. THE RESPONDENTS SHOULD
7  BE SANCTION FOR ATTEMPTING DELAYING TACTICS.
8    THIS MOTION IS BASED ON THIS NOTICE OF MOTION, ALL RECORDS
9  SUBMITTED AND THE MEMORANDUM OF POINTS AND AUTHORITIES.
10 DATED: JANUARY 18, 2008
11
12
13
14                               RESPECTFULLY SUBMITTED,
15
16
17
18                          BY: _____
19                              CARREA CHRISTOPHER JR.
20
21
22
23
24
25
26
27
28