FILED

2008 JAN 22  PM 4:02

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____RM_____DEPUTY

1  CHRISTOPHER CARREA JR.
   P77287      15-12
2  5150 O'BYRNES FERRY ROAD
   JAMESTOWN, CALIFORNIA
3              95327

4

5  PRO PER

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 CARREA CHRISTOPHER JR.,    )    CASE NO.:CVO7-2197JLS(NLS)
                              )
12            PETITIONER,     )    MEMORANDUM OF POINTS AND
                              )    AUTHORITIES IN OPPOSITION
13 VS.                        )    TO MOTION TO DISMISS
                              )
14 JAMES E. TILTON, SECRETARY,)
   ET AL.,                    )
15                            )
              RESPONDENT.     )
16 _____)

17

18         CARREA CHRISTOPHER JR., BRINGS THIS PETITION TO

19 THIS COURT AFTER EXHAUSTION OF ALL STATE REMIDIES, ON THE SPEEDY

20 TRIAL ISSUE AND THE EQUAL PROTECTION ISSUE AS WELL AS PROSECUTER

21 MISCONDUCT.  THE RESPONDENT, IN VIOLATION OF THE COURT ORDER,

22 ADDRESSED ISSUES NOT ADDRESSED IN THIS CASE.

23    THE COURT SIMPLY ASKED THE STATE ATTORNEY GENERAL OFFICE DID

24 THE PETITIONER EXHAUST STATE REMEDIES AS TO THE GROUNDS OF THE

25 PETITION.  THE PETITIONER, DID EXHAUST STATE REMEDIES, BUT THE

26 PROSECUTOR ADDRESSED EVERY THING EXCEPT THE FACT THAT THE PETITIONER

27 DID EXHAUST ALL STATE REMEDIES.

28                        PAGE ONE

HISTORY

THE PETITIONER, CARREA CHRISTOPHER JR., FILED A NOTICE AND DEMAND FOR SPEEDY TRIAL DECEMBER 20, 2006. THE SAN DIEGO DISTRICT ATTORNEY OFFICE, RECIEVED AND SENT A NOTICE OF ACKNOWLEDGMENT OF RECIEVING THE NOTICE AND DEMAND FOR SPEEDY TRIAL DECEMBER 21, 2006. THE SAN DIEGO COUNTY DISTRICT ATTORNEY OFFICE STATED THEY WERE NOT PRESSEING CHARGES. THE SAN DIEGO COUNTY DISTRICT ATTORNEY OFFICE AT THE SAME TIME WAS PREPARING TO PRESS CHARGES AND DID FILE CHARGES. THE PETITIONER INFORMED THE TRIAL COURT HE WANTED TO HAVE THE CASE HEARD AS SOON AS POSSIBLE DUE TO THE AVAILABLE WITNESESS IF HE COULD FIND THEM. THE COURT REFUSED A SPEEDY TRIAL AND HELD THE TRIAL BEYOND THE 90 DAY LIMIT SET BY THE STATE OF CALIFORNIA. THE PLAINTIFF FILED A MOTION TO DISMISS, DUE TO THE VIOLATION OF THE PETITIONER SPEEDY TRIAL RIGHTS AND THE FACT THE DISTRICT ATTORNEY WAITED SO LONG THERE WAS MEMORY LOSS AND THERE WAS AN AVAILABILITY PROBLEM. THE TRIAL COURT HEARD THE SPEEDY TRIAL MOTION THREE TIMES AN REFUSED. THE PETITIONER PRESENTED HIS PETITION TO THE APPELLATE COURT AND THEY DID NOT PROVIDE A FAIR HEARING FOR THE PETITIONER ANDREFUSED THE PETITIONER MAY 14, 2007. THE PETITIONER THEN PETITIONED THE STATE SUPREME COURT, WHICH DID NOT PROVIDE THE PETITIONER A FAIR HEARING AND DENIED THE PETION JULY 18, 2007.(SEE EXHIBIT A THE APPELLATE COURTDENIAL; EXHIBIT B THE STATE SUPREME COURT DENIAL)THE PLAINTIFF WAS DENIED BY ALL STATE COURTS PRIOR TO THE TRIAL. THE PETITONER ALSO AFTER THE TRIALFILED A NOTICE OF APPEAL, DUE TO THE FACT THERE WERE MANY OTHER ISSUES THAT NEED TO BE PRESENTED. THE COUNTY OF SAN DIEGO HAS A HISTORY OF RACIAL ANIMUS TOWARDS MINORTIES AS IN THIS CASE THE DENIED THE PETITIONER THE FULL AND EQUAL BENIFIT OF THE LAW

PAGE TWO

1   (SEE THE NOTICE OF APPEAL EXHIBIT C;  AND THE RESPONDENT MOTION

2   EXHIBIT D)

3

4                           ARGUMENT

5                            I.

6             THE ABSTENTION DOCTRINE DOES

7             NOT APPLY TO THIS CASE DUE TO

8             DISCRIMINATION IN PROSECUTION

9             A NATIONAL INTREST

10   THIS CASE INVOLVES THE DEPRIVATION OF RIGHTS OF THE PETITIONER

11   DUE TO HIS RACE.  THERE IS NO ABSTENTION DOCTRINE WITH CASES

12   THAT ARE APPLIED TO ONE DUE TO HIS RACE, THE RESPONDENT ARE ALSO

13   HOLDING THE PETITIONER. DUE TO AN ORDINANICE THAT VIOLATES THE

14   FEDERAL REQUIRMENT THAT A LEGISLATURE ESTABLISH MINIMAL GUIDELINES

15   TO GOVERN. THE STATE OF CALIFORNI. FAILS TO. ESTABLISH STANDARDS

16   THAT ARE SUFFICIENT TO GUARD AGAINST THE ARBITRARY DEPRIVATION OF

17   RIGHTS AND DISCRIMINATION.(SEE CITY OF CHICAGO V. JESUS MORALES,

18   119 S. CT. 18490

19       THE DEFENDANTS STATE THE PETITIONER HAS AN ONGOING APPEAL

20   BASED ON OTHER ISSUES. THE ABSTENTION DOCTRINE DOES NOT APPLY

21   WHEN YOU AFFORD THE STATE THE OPPORTUNITY TO REVIEW THE ISSUE

22   AT THE STATE SUPREME COURT LEVEL. IN THIS CASE THE ISSUE NOW

23   BEFORE THE COURT WAS REVIEWED BY BOTH THE STATE SUPREME COURT AND

24   THE APPELLATE COUR.(EXHIBIT A AND B) THE RESPONDENTS STATE A

25   HABEAS CORPUS IS GENERALLY NOT AVAILABLE TO REVIEW ISSUES PENDING

26   IN THE STATE COURT. NONE OF THE ISSUES OF THIS HABEAS CORPUS IS

27   NOW PENDING IN STATE COURT. THE PETITIONER SUBMITTED THE ISSUES

28   OF THIS CASE TO ALL STATE COURTS.

## II

### THE PETITIONER HAS EXHAUSTED

### ALL STATE REMIDIES

THE RESPONDENTS CLAIM THE PETITIONER HAS NOT EXHAUSTED ALL
STATE RELIEF OF HIS CLAIMS. THE PETITIONER HAS PRESENTED BOTH
THE APPLLATE COURT AND THE STATE SUPREME COURT THE ISSUES OF THIS
CLAIM. THE STATE COURTS HAVE FAILED TO GIVE THE PETITIONER A FAIR
HEARING. THE STATE SUPREME COURT AND THE APPELLATE COURT GAVE NO
REASON FOR IT'S FAILURE TO PROPERLY REVIEW THE ISSUES.  THE FACT
THAT BOTH COURT GAVE NO RESON FOR IT DECISION THIS COURT MUST
HEAR THE CASE , DUE TO THE DEPRIVATION OF CONSTITUTIONAL RIGHTS
BEING VIOLATED.  THE COURT MUST REVIEW THE PETITION AND GRANT
RELIEF DUE TO THE DENIAL OF EQUAL PROTECTION OF THE LAW, DUE
PROCESS OF THE LAW AND THE DENIAL OF SPEEDY TRIAL RIGHTS , ALL
VIOLATION OF THE UNITED STATES CONSTITUTION.

THE RESPONDENTS STATE THE PETITIONER MUST RAISE ISSUES
IN THE MANNER THE STATE COURTS PROVIDE.  THE PETITIONER, RAISED
THE ISSUES OF THIS PETITION IN THE MANNER PROVIDED BY THE STATE
COURTS.(SEE EXHIBIT A AND B)THE RESPONDENTS, STATE THE TRIAL IS
THE MAIN ARENA FOR APPEALS. THE PETITIONER ISSUES ARE WHAT
TRANSPIRED  TO DENEY THE PETITONER PRIOR TO THE TRIAL AND THE
TRIAL. THE DIRECT APPEAL WILL NOT BE ADEQUATE DUE TO THE THE FACT
THE STATE COURTS HAVE ALREADY HAD THE OPPORTUNITY TO REVIEW AND
THE RESPONDENTS WILL BE THE FIRST TO SAY THE ISSUE HAS ALREADY
HAD A REVIEW IN BOTHE THE STATE APPELLATE AND STATE OF CALIFORNIA
SUPREME COURT. WHEN AN INDIVIDUAL HAS PRESENTED HIS CLAIMS TO THE
STATE OF CALIFORNIA SUPREME COURT THE PETITION IS DEEMED EXHAUSTED
BUT AGAIN THE RESPONDENTS WANT TO DENY THE PETITONER EQUAL PROTECION.

III

THE PETITIONER HAS NOT STATED

ANY THING ABOUT HIM SEEKING

MONETERY DAMAGES IN GROUND

THREE

THE RESPONDENT CLAIM GROUND THREE IS ONLY ABOUT 42 USCA 1983,

THAT IS NOT THE TRUTH. THE PETITIONER IN GROUND THREE STATES

PROSECUTERIAL MISCONDUCT THAT CONTINUES AS THEY ARE REQUESTING

THE COURT TO OVER LOOK THE FACT THE PETITIONER HAS EXHAUSTED

STATE REMIDIES. 42 USCA 1983 DOES APPLY TO THIS CASE. THE

RESPONDENT ARE SUBJECTING THE PETITIONER TO THE DEPRIVATION OF

RIGHTS THEY HAVE NOT SUBJECTED A WHITE MAN TO.

CONCLUSION

IN THE INTREST OF JUSTICE THE PETITION SHOULD BE GRANTED.

DATED:JANUARY 17, 2008

RESPECTFULLY SUBMITTED,

BY: _____

CARREA CHRISTOPHER JR.

PAGE FIVE

1  CHRISTOPHER CARREA JR.
   P77287        15-12
2  5150 O'BYRNES FERRY ROAD
   JAMESTOWN,  CALIFORNIA
3                95327

4  PRO PER

5

6

7

8                       UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 CHRISTOPHER CARREA JR.,    )      CASE NO.:CV 07-2197JLS(NLS)
                              )
12              PETITIONER,   )      PROOF OF SERVICE
                              )
13 VS.                        )
                              )
14 JAMES E. TILTON, SECRETARY,)
   ET AL.,                    )
15                            )
                RESPONDENTS.  )
16 _____)

17             I AM OVER THE AGE OF EIGHTEEN AND NOT A PARTY TO

18 THIS ACTION.  MY ADDRESS IS AS FOLLOW:

19             5150 O'BYRNES FERRY ROAD

20             JAMESTOWN,  CALIFORNIA

21                     95327

22 I SERVED THE RESPONDENTS VIA UNITED STATES MAIL A COPY OF THE

23 FOLLOWING DOCUMENTS:  OPPOSITION TO RESPONDENT

24                       MOTION TO DISMISS

25                       WRIT PETITION for HABBAS CORPUS

26

27 IN AN ENVELOPE SEALED, WITH THE ADDRESS TO BE PROCESSED THROUGH

28 THE MAILROOM AT THIS FACILITY.  THE ENVELOPE WAS PLACED INTO THE

                       PAGE ONE

1          DESIGNATED MAIL RECEPTACLE AND MAILED TO THE FOLLOWING

2    ADDRESS NOTED:

3                      STATE OF CALIFORNIA ATTORNEY GENERAL

4                      BILL LOCKYER

5                      110 WEST "A" STREET SUITE 600

6                      SAN DIEGO,  CALIFORNIA

7                           92101

8    I DECALRE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE

9    AND CORRECT. EXECUTED THIS *17* DAY, January , 2008 AT

10   JAMESTOWN CALIFORNIA

14                     BY: *Frank Hunt*

                            PAGE TWO

# EXHIBIT "A"

S153340

# IN THE SUPREME COURT OF CALIFORNIA

**En Banc**

---

In re CHRISTOPHER CARREA on Habeas Corpus

---

The application for stay and petition for writ of habeas corpus are denied.

SUPREME COURT
**FILED**

JUL 1 8 2007

Frederick K. Ohlrich Clerk

_____

Deputy

**GEORGE**

_____

Chief Justice

# EXHIBIT "B"

COURT OF APPEAL - FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

F I L E D
Stephen M. Kelly, Clerk

MAY 1 4 2007

Court of Appeal Fourth District

| | |
|---|---|
| CARREA CHRISTOPHER, JR., | D050828 |
| Petitioner, | (San Diego County Super. Ct. No. CE 269321) |
| v. | |
| THE SUPERIOR COURT OF SAN DIEGO COUNTY, | |
| Respondent; | |
| THE PEOPLE, | |
| Real Party in Interest. | |

THE COURT:

The court treats petitioner's petition for writ of habeas corpus as a petition for writ of mandate. The petition has been read and considered by Presiding Justice McConnell and Associate Justices McIntyre and O'Rourke. The petition is denied.

McCONNELL, P. J.

Copies to: All parties

# EXHIBIT "C"

# CALIFORNIA APPELLATE COURTS

### Case Information



### 4th Appellate District Division 1

(Cases begin at D035601)

| Change court |

Welcome

Search

E-mail

Calendar

Help

Options

Court data last updated: 01/09/2008 11:05 AM

**Case Summary    Docket    Scheduled Actions    Briefs
Disposition    Parties and Attorneys    Trial Court**

## Docket (Register of Actions)

C|C
home

**The People v. Carrea**
**Case Number D051337**

| Date | Description | Notes |
|------|-------------|-------|
| 07/31/2007 | Notice of appeal lodged/received (criminal). | Filed July 20, 2007 - CARREA |
| 08/16/2007 | Change of contact information filed for: | By ADI for Christopher Carrea |
| 09/14/2007 | RECORD ON APPEAL FILED.************ | Clerks -1 [279]; Reporters - 7 [739 - blocked]; Prelim -1 [48]; Reporters Master Index -1; Confid. env. -1 Sent. 7 yrs. |
| 10/02/2007 | Change of contact information filed for: | By ADI for Christopher Carrea. [housing only] |
| 10/11/2007 | Counsel appointment order filed. | Atty. Laurel M. Nelson appointed counsel for Christopher Carrea. Ext. for opening brief to 11/20/07 |
| 10/11/2007 | Application filed. | By Christopher Carrea for appointment of counsel, a "Full record" and extension of time for Opening brief. [sent to appellate counsel with letter dated 10/11/07] |
| 10/11/2007 | Letter sent to: | Appellant in pro per: Your application for full record, extension of time for opening brief and application for appointment of counsel are being sent to your newly appointed attorney of record: Laurel M. Nelson at: P.O. Box 101355; Denver, CO 80250. |
| 11/19/2007 | Granted - extension of time. | |
| 12/18/2007 | Granted - extension of time. | |

**Click here to request automatic e-mail notifications about this case.**

SUSPENSE

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | FOR COURT USE ONLY |
|---|---|
| ☒ COUNTY COURTHOUSE, 220 W. BROADWAY, SAN DIEGO,CA 92101-3814<br>☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081-6643<br>☐ JUVENILE COURT, 2851 MEADOW LARK DR., SAN DIEGO, CA 92123-2792<br>☐ JUVENILE COURT, 325 S. MELROSE DR., VISTA, CA. 92081-6643<br>☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910-5649<br>☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020-3941 | |

PEOPLE OF THE STATE OF CALIFORNIA

    Plaintiff and Respondent

        vs.

CHRISTOPHER CARREA

    Defendant and Appellant

**F I L E D**
Clerk of the Superior Court

**JUL 2 6 2007**

By: T. Lancaster, Deputy

| **NOTICE OF FILING**<br>(CRC Rules 8.304(c), 8.316(c)) | CASE NUMBER<br>SCE269321 |
|---|---|
| | DA/JDA/CC  NUMBER<br>MAQ00001 |

PLEASE TAKE NOTICE that the ☐ ABANDONMENT OF APPEAL ☒ NOTICE OF APPEAL ☐ NOTICE OF CROSS- APPEAL ☐ AMENDED NOTICE OF APPEAL from the 07/20/07 PH&S After Jury Trial

RE: the above-entitled case was filed in this office on 07/20/07 by:
The Defendant and Appellant

CLERK OF THE SUPERIOR COURT

*J. Lancaster*

Date: 07/26/07              Clerk, by _____, Deputy
                                     T. Lancaster

**CERTIFICATE OF MAILING**

I certify that: I am not a party to the above-entitled case; that on the date shown below, I mailed the NOTICE OF FILING to the parties shown below by placing a true copy in a separate envelope, addressed as shown below; each envelope was then sealed and, with postage thereon fully prepaid, deposited in the United States Postal Service at  ☒ San Diego ☐ Vista ☐ Chula Vista ☐ El Cajon, California.

CLERK OF THE SUPERIOR COURT

*J. Lancaster*

Date: 07/26/07              Clerk, by _____, Deputy
                                     T. Lancaster

| TO:   Office of the Attorney General<br>      Edmund G. Brown, Jr., Attorney General<br>      110 West "A" Street, Suite 1100<br>      San Diego, CA 92101 | TO:   Office of the District Attorney<br>      Appellate Division<br>      330 West Broadway, Suite 920<br>      San Diego, CA 92101 |

SDSC APL-22CRM(Rev 1-07)                     **NOTICE OF FILING**

SUSPENSE

GLORIA

CR-120

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address):

CARREA CHRISTOPHER JR.
771898
1173 FRONT STREET
SAN DIEGO CALIF. 92101

Court of Appeal Fourth District

RECEIVED

JUL 31 2007

Stephen M. Kelly, Clerk

TELEPHONE NO.:                      FAX NO.:

ATTORNEY FOR (Name):

FOR COURT USE ONLY

F I L E D
Clerk of the Superior Court

JUL 2 0 2007

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

DEPUTY

By: N. Lyons, Deputy
EAST COUNTY DIVISION

PEOPLE OF THE STATE OF CALIFORNIA

DEFENDANT: CARREA CHRISTOPHER JR      vs.

Date of birth: 1-31-54   California Dept. of Corrections No. (if applicable): _____

D 051337

NOTICE OF APPEAL—FELONY (DEFENDANT)
(Pen. Code, §§ 1237, 1538.5(m); Cal. Rules of Court, rule 30(b))

CASE NUMBER(S):

SCE 269321

## NOTICE

- If your appeal challenges the validity of the plea you must complete the *Request for Certificate of Probable Cause* on the other side of this form. (Pen. Code, § 1237.5.)
- You must file this form in the superior court within 60 days after entry of judgment.

1. Defendant (name): CARREA CHRISTOPHER JR

   appeals from the order or judgment entered on (specify date of order, judgment, or sentence): JULY 20, 2007

2. This appeal follows:

   a. ☒ A jury or court trial. (Pen. Code, § 1237(a).)

   b. ☐ A contested violation of probation. (Pen. Code, § 1237(b).)

   c. ☐ A guilty (or no-contest) plea or an admitted probation violation (check all boxes that apply):

      (1) ☐ This appeal is based on the sentence or other matters occurring after the plea. (Cal. Rules of Court, rule 30(b)(4)(B)) (d).)

      (2) ☐ This appeal is based on the denial of a motion to suppress evidence under Penal Code section 1538.5.

      (3) ☐ This appeal challenges the validity of the plea or admission. *(You must complete the Request for Certificate of Probable Cause on the other side of this form.)*

   d. ☐ Other (specify):

3. ☒ I request that the court appoint an attorney on appeal.   Defendant ☐ was ☒ was not represented by an appointed attorney in the superior court.

4. Defendant's address: ☒ same as in attorney box above.
                         ☐ as follows:

Date: JULY 20 2007

CARREA CHRISTOPHER JR

(TYPE OR PRINT NAME)

▶ _____

(SIGNATURE OF DEFENDANT OR ATTORNEY)

8

# EXHIBIT D

1   EDMUND G. BROWN JR.
    Attorney General of the State of California
2   DANE R. GILLETTE
    Chief Assistant Attorney General
3   GARY W. SCHONS
    Senior Assistant Attorney General
4   DANIEL ROGERS
    Deputy Attorney General
5   MATTHEW MULFORD, State Bar No. 184000
    Deputy Attorney General
6    110 West A Street, Suite 1100
     San Diego, CA 92101
7    P.O. Box 85266
     San Diego, CA 92186-5266
8    Telephone: (619) 645-2227
     Fax: (619) 645-2271
9    Email: Matthew.Mulford@doj.ca.gov

10   Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14   | CARREA CHRISTOPHER, Jr.,              | 07cv2197 JLS (NLS)

15   |                          Petitioner,  | **NOTICE OF MOTION AND
     |                                       | MOTION TO DISMISS
16   |       v.                              | PETITION FOR WRIT OF
     |                                       | HABEAS CORPUS**
17   | JAMES E. TILTON, Secretary,           |

18   |                          Respondent.  |

19

20          PLEASE TAKE NOTICE that James E. Tilton, Secretary of the California Department

21   of Corrections and Rehabilitation, hereby moves the United States District Court, Southern District,

22   to dismiss Christopher's Petition for Writ of Habeas Corpus, 28 U.S.C. § 2254.   Although

23   Christopher seeks relief from his July 20, 2007, criminal conviction, he has not properly exhausted

24   state-court remedies concerning his claim because his direct-appeal from his conviction is currently

25   ongoing.   His Petition should be dismissed under the abstention doctrine and for his failure to

26   properly exhaust his claims.

27          No hearing on this Motion is required, and this case is exempt from the requirement to

28   hold a status conference.   *See* Local Rules 7(d)(2), 16.1(e)(1).   This Motion is based on this Notice

                                                                                07cv2197 JLS (NLS)

                                         1

1   of Motion, the accompanying Memorandum of Points and Authorities, and on the pleadings and state

2   court records that have been or will be provided to this Court.

3         Respondent Tilton respectfully requests that the Petition be dismissed.

4         Dated: January 10, 2008

5                       Respectfully submitted,

6                       EDMUND G. BROWN JR.
                        Attorney General of the State of California

7                       DANE R. GILLETTE
                      Chief Assistant Attorney General

8

9                       GARY W. SCHONS
                      Senior Assistant Attorney General

10                      DANIEL ROGERS
                     Deputy Attorney General

11

12                      s/Matthew Mulford

13                       MATTHEW MULFORD
                      Deputy Attorney General

14                       Attorneys for Respondent

15   MM:adc
    80195151.wpd

16   SD2007803105

17

18

19

20

21

22

23

24

25

26

27

28

1

2 **CERTIFICATE OF SERVICE BY U.S. MAIL**

3 Case Name:  **Christopher v. Tilton**
No.:  **07cv2197 JLS (NLS)**

4

5 I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the
6 California State Bar, at which member's direction this service is made. I am 18 years of age or
older and not a party to this matter. I am familiar with the business practice at the Office of the
7 Attorney General for collection and processing of correspondence for mailing with the United
States Postal Service. In accordance with that practice, correspondence placed in the internal
8 mail collection system at the Office of the Attorney General is deposited with the United States
Postal Service that same day in the ordinary course of business.

9

On January 10, 2008, I served the following documents:
10
1.      **NOTICE OF MOTION AND MOTION TO DISMISS PETITION FOR WRIT OF**
11          **HABEAS CORPUS; and**
2.      **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION**
12          **TO DISMISS PETITION**

13 by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid,
in the internal mail collection system at the Office of the Attorney General at 110 West A Street,
14 Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

15 **Electronic Mail Notice List**
I have caused the above-mentioned document(s) to be electronically served on the following
16 person(s), who are currently on the list to receive e-mail notices for this case:  n/a
[
17

18 **Manual Notice List**
The following are those who are **not** on the list to receive e-mail notices for this case (who
therefore require manual noticing):
19

Carrea Christopher, Jr.                           Laurel M. Nelson
20 P-77287                                            P.O. Box 101355
5150 O'Byrnes Ferry Road                          Denver, CO 80250
21 Jamestown, CA 95327
In Pro Per
22

23 I declare under penalty of perjury under the laws of the State of California the foregoing is true
and correct and that this declaration was executed on January 10, 2008, at San Diego, California.

24          A. Curiel

25 _____          _____
          Declarant                            Signature
26 SD2007803105
   80195220.wpd
27

28

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  DANIEL ROGERS
   Deputy Attorney General
5  MATTHEW MULFORD, State Bar No. 184000
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2227
    Fax: (619) 645-2271
9   Email: Matthew.Mulford@doj.ca.gov

10  Attorneys for Respondent

11              IN THE UNITED STATES DISTRICT COURT

12           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  **CARREA CHRISTOPHER, Jr.,** | 07cv2197 JLS (NLS) |
| 15  Petitioner, | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PETITION** |
| 16  **v.** | |
| 17  **JAMES E. TILTON, Secretary,** | |
| 18  Respondent. | |

19

20          Christopher currently has appointed appellate counsel in state court, who is representing

21  him in an ongoing appeal from his July 20, 2007, criminal conviction.  His efforts to seek

22  interlocutory and extraordinary relief from the California courts did not properly exhaust his claim.

23  His Petition should be dismissed without prejudice.

24  **Procedural History**

25          According to Christopher's pleading, on July 20, 2007, he received a seven-year sentence

26  after his conviction by a San Diego County jury in case CE269321.  (Pet. at 1.)  State court records

27  indicate that Christopher filed a notice of appeal from this decision on July 31, 2007, and that

28  ///

1  appellate counsel Laurel Nelson was appointed to represent him in October 2007. (Ex. A.) To date,

2  Nelson had not filed an opening brief on appeal.

3

4                                    **ARGUMENT**

5                                        **I.**

6  **BECAUSE CHRISTOPHER CURRENTLY HAS A PENDING DIRECT**
   **APPEAL CONCERNING HIS CONVICTION, THIS COURT SHOULD**
7  **ABSTAIN FROM RULING ON HIS PETITION**

8          Christopher has an ongoing appeal pending in the California Court of Appeal. (Ex. A.)

9  Since this pending state-court proceeding, not to mention any subsequent state habeas corpus

10 proceedings, will permit Christopher to raise claims concerning his conviction, this Court should

11 dismiss his Petition under the abstention doctrine.  This Court should not now require a responsive

12 pleading from the Warden because the California Court of Appeal may take action that would render

13 the federal claims moot.

14         Federal habeas corpus is generally not available to review issues that are currently pending

15 in state court.  *Sherwood v. Tompkins*, 716 F.2d 632, 634 (9th Cir. 1983); *Carden v. Montana*, 626

16 F.2d 82, 83-84 (9th Cir. 1980) (citing *Younger v. Harris*, 401 U.S. 37, 91 S. Ct. 746, 27 L. Ed. 2d

17 669 (1970)). Federal courts should refrain from interfering with state-court proceedings unless there

18 are unusual circumstances, such as an alleged Double Jeopardy violation or "extraordinary delay."

19 *See e.g.*, *Santamaria v. Horsely*, 133 F.3d 1242, 1243-44 (9th Cir. 1998) (en banc) (regarding

20 Double Jeopardy claim), *amended by* 138 F.3d 1280; *Phillips v. Vasquez*, 56 F.3d 1030, 1035-36

21 (9th Cir. 1995) (holding that a fifteen-year delay in a capital case's penalty-phase retrial permitted

22 federal review of the underlying guilt-phase conviction).

23         Although Christopher's federal Petition raises a claim regarding his speedy trial rights,

24 nothing about the claim suggests that it could not be resolved in the ordinary course of California's

25 appellate procedures.  Christopher has not yet completed his efforts to seek state court relief, and

26 so this Court should abstain from reaching his claims and dismiss the Petition.

27 / / /

28 / / /

07cv2197 JLS (NLS)

## II.

**Christopher Has Not Properly Exhausted His Claims**

Christopher's prior efforts to receive relief on his claims in the California Court of Appeal and in the California Supreme Court are not sufficient to have properly exhausted his claims because he sought interlocutory and extraordinary relief and has not yet completed an appeal. (*See* Ex. B (requesting Mandamus relief).

To properly exhaust a claim, a federal petitioner must raise it in the manner provided by the state courts, including every level of direct review. *See Casey v. Moore*, 386 F.3d 896, 915-18 (9th Cir. 2004). Presenting a claim to a state court in a manner in which it is unlikely that its merits will be considered, particularly where other avenues remain available as a matter of right, does not exhaust a claim. *See Castille v. Peoples*, 489 U.S. 346, 350-51, 109 S. Ct. 1056, 103 L. Ed. 2d 380 (1989); *also O'Sullivan v. Boerckel*, 526 U.S. 838, 842, 119 S.Ct. 1728, 144 L.Ed.2d 1 (1999) (requiring presentation of direct-appeal claims to both an intermediate appellate court and the state's highest court).

In California the trial "is the main arena for determining the guilt or innocence of an accused defendant," and a direct appeal "provides the basic and primary means for raising challenges to the fairness of the trial." *In re Robbins*, 18 Cal. 4th 770, 777, 77 Cal. Rptr. 2d 153, 959 P. 2d 311 (1998); *see* Cal. Ct. R. 8.304 (regarding the notice of appeal). When a direct appeal is inadequate, California permits habeas corpus to act as another avenue for relief. *See In re Harris*, 5 Cal. 4th 813, 828, 855 P.2d 391, 21 Cal. Rptr. 2d 373 (1993).

Nothing about Christopher's claims suggest that direct appeal will be inadequate for him to fairly raise them. Indeed, Christopher will be entitled to receive transcripts from his trial, which should help him flesh out and support his claims. His claims should not be deemed exhausted until after he completes his direct appeal. His statute of limitations, moreover, should not begin to run until after the completion of his direct appeal.

/ / /

/ / /

/ / /

07cv2197 JLS (NLS)

3

1    His claims are not properly exhausted and should be dismissed.

2

3                                    **III.**

4    **GROUND THREE APPARENTLY SEEKS MONETARY DAMAGES,
     BUT NOT RELIEF FROM CUSTODY**

5

6        In Ground Three, Christopher seems to argue that he is entitled to relief under 42 U.S.C.

7    § 1983 on the grounds of malicious prosecution. (Pet. at 8.) But such a claim does not seek relief

8    from custody and should be dismissed from his Petition, which he filed under 28 U.S.C. § 2254.

9    (Pet. at 1.) Ground Three should be dismissed.

10

11                                **CONCLUSION**

12       The Petition should be dismissed.

13       Dated: January 10, 2008

14                          Respectfully submitted,

15                          EDMUND G. BROWN JR.
                            Attorney General of the State of California

16                          DANE R. GILLETTE
                            Chief Assistant Attorney General

17

18                          GARY W. SCHONS
                            Senior Assistant Attorney General

19                          DANIEL ROGERS
                            Deputy Attorney General

20

21                          s/Matthew Mulford

22                          MATTHEW MULFORD
                            Deputy Attorney General

23                          Attorneys for Respondent

24   MM:adc
     80195162.wpd
25   SD2007803105

26

27

28

                                                            07cv2197 JLS (NLS)

                                    4