```
                                            FILED
1  CHRISTOPHER CARREA JR.                2008 JAN 31  PM 2:20
   P77287        15-12
2  5150 O'BYRNES FERRY ROAD              CLERK US DIST...
   JAMESTOWN, CALIFORNIA                 SOUTHERN DISTRICT OF CALIFORNIA
3                95327
                                         BY_____DEPUTY
4  PRO PER
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER CARREA JR. )<br>         PETITIONER, )<br>                       )<br>VS                     )<br>                       )<br>JAMES E. TILTON, SECRETARY, )<br>ET AL.,                )<br>                       )<br>         RESPONDENT.   )<br>_____) | CASE NO.:CV07-2197JLS(NLS)<br><br>NOTICE OF LODGMENT IN 28 USCA 2254 HABEAS CORPUS CASE, IN SUPPORT OF OPPOSITION TO RESPONDENT MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS |

THE PETITIONER, CHRISTOPHER CARREA JR, LODGES WITH THE COURT AND THE CLERK OF THE COURT THE FOLLOWING DOCUMENTS IN SUPPORT OF HIS OPOSITION TO THE RESPONDENT MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS:

1. THE SUPREME COURT OF CALIFORNIA DECISION AFTER REVIEWING THE PRESENT ISSUES SUBMITTED IN THE PETITION FOR WRIT OF HABEAS CORPUS.(EXHIBIT A)

2. THE APPELLATE COURT OF CALIFORNIA DECISION AFTER REVIEWING THE PRESENT ISSUES SUBMITTED IN THE PETITION FOR WRIT OF HABEAS CORPUS.

PAGE SEVEN

NOTICE OF LODGEMENT IN 28 USCA 2254 HABEAS CORPUS CASE TO CLERK

```
 1        I, DECLARE, UNDER THE PENALTY OF PERJURY THE FOREGOING
 2   IS TRUE AND CORRECT, UNDER THE PENALTY OF PERJURY.  EXECUTED THIS
 3   28TH DAY OF JANUARY 2008, AT JAMES TOWN, CALIFORNIA.
```

BY: _____
CHRISTOPHER CARREA JR.

PAGE TWO
NOTICE OF LODGMENT IN 28 USCA 2254 HABEAS CORPUS CASE TO CLERK

# EXHIBIT "A"

S153340

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re CHRISTOPHER CARREA on Habeas Corpus

---

The application for stay and petition for writ of habeas corpus are denied.

SUPREME COURT
**FILED**

JUL 1 8 2007

Frederick K. Ohlrich Clerk

_____
Deputy

**GEORGE**
_____
Chief Justice

# EXHIBIT "B"

COURT OF APPEAL - FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

FILED
Stephen M. Kelly, Clerk
MAY 1 4 2007
Court of Appeal Fourth District

| | |
|---|---|
| CARREA CHRISTOPHER, JR., <br><br> Petitioner, <br><br> v. <br><br> THE SUPERIOR COURT OF SAN DIEGO COUNTY, <br><br> Respondent; <br><br> THE PEOPLE, <br><br> Real Party in Interest. | D050828 <br><br> (San Diego County Super. Ct. No. CE 269321) |

THE COURT:

    The court treats petitioner's petition for writ of habeas corpus as a petition for writ of mandate. The petition has been read and considered by Presiding Justice McConnell and Associate Justices McIntyre and O'Rourke. The petition is denied.

McCONNELL, P. J.

Copies to: All parties

1  CHRISTOPHER CARREA JR.
   P77287        15-12
2  5150 O'BYRNES FERRY ROAD
   JAMESTOWN, CALIFORNIA
3              95327

4  PRO PER

5

6

7

8               UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

11 CHRISTOPHER CARREA JR.,     )   CASE NO.:CV 07-2197JLS(NLS)
                               )
12              PETITIONER,    )   PROOF OF SERVICE
                               )
13 VS.                         )
                               )
14 JAMES E. TILTON, SECRETARY,)
   ET AL.,                     )
15                             )
                RESPONDENTS.   )
16 _____)

17         I AM OVER THE AGE OF EIGHTEEN AND NOT A PARTY TO

18 THIS ACTION. MY ADDRESS IS AS FOLLOW:

19         5150 O'BYRNES FERRY ROAD

20         JAMESTOWN, CALIFORNIA

21                 95327

22 I SERVED THE RESPONDENTS VIA UNITED STATES MAIL A COPY OF THE

23 FOLLOWING DOCUMENTS:

24 NOTICE OF LODGMENT IN 28 USCA 2254 HABEAS CORPUS CASE, IN
   SUPPORT OF OPPOSITION TO RESPONDENT MOTION TO DISMISS PETITION FOR
25 WRIT OF HABEAS CORPUS

26

27 IN AN ENVELOPE SEALED, WITH THE ADDRESS TO BE PROCESSED THROUGH

28 THE MAILROOM AT THIS FACILITY. THE ENVELOPE WAS PLACED INTO THE

                            PAGE ONE

1 | DESIGNATED MAIL RECEPTACLE AND MAILED TO THE FOLLOWING
2 | ADDRESS NOTED:
3 |         STATE OF CALIFORNIA ATTORNEY GENERAL
4 |
5 |         110 WEST "A" STREET SUITE 600
6 |         SAN DIEGO, CALIFORNIA
7 |         92101
8 | I DECALRE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
9 | AND CORRECT. EXECUTED THIS 28 DAY, JANUARY, 2008 AT
10 | JAMESTOWN CALIFORNIA

BY: *LeRoy Seymore* (signature)

PAGE TWO