# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARREA CHRISTOPHER JR., <br><br> Petitioner, <br> v. <br><br> JAMES E. TILTON, SECRETARY, et al., <br><br> Respondent. | CASE NO. 07cv2197 BTM(NLS) <br><br> **ORDER SETTING HEARING ON REPORT & RECOMMENDATION** |

In a Report and Recommendation filed on March 25, 2008, Magistrate Judge Stormes recommends that Respondents' motion to dismiss be granted. Judge Stormes ordered that objections to the Report and Recommendation be filed on or before **April 15, 2008**, and that any reply to the objections be filed on or before **April 25, 2008**. The Court hereby calendars the report and recommendation for disposition on **May 2, 2008 at 11:00 a.m.** Unless the Court directs otherwise, this matter will be resolved without oral argument, and no personal appearances are necessary.

**IT IS SO ORDERED.**

DATED: March 26, 2008

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge

1                                                                                                       07cv2197 BTM(NLS)