CHRISTOPHER CARREA JR.
P77287      15-12
5150 O'BYRNES FERRY ROAD
JAMESTOWN, CALIFORNIA
                95327

PRO PER

FILED
2008 APR 14 PM 3:36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CARREA CHRISTOPHER JR.,           )   CASE NO.:CV07-2197JLS(NLS)
                                  )
                                  )   OBJECTION TO REPORT AND
            PETITIONER,           )   RECOMENDATION
                                  )
                                  )   HON. BARRY TED MOSKOWITZ
VS.                               )   COURTROOM:   15
                                  )   DATE:        MAY 2, 2008
JAMES E. TILTON, SECRETARY,       )   TIME:        11:00 A.M.
                                  )
                                  )
            RESPONDENTS.          )
                                  )
_____)

OBJECTION TO REPORT AND RECOMMENDATION          CARREA V. TILTON, ET AL.,
                                                CASE NO.:CV07-2197BTM(NLS)

1  CHRISTOPHER CARREA JR.
   P77287    15-12
2  5150 O'BYRNES FERRY ROAD
   JAMESTOWN, CALIFORNIA
3             95327

4  PRO PER

5

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 CARREA CHRISTOPHER JR.,        )   CASE NO.:CV07-2197JLS(NLS)
                                  )
12                                )   HON. BARRY TED MOSKOWITZ
                                  )
13           PETITIONER,           )
                                  )   OBJECTION TO REPORT AND
                                  )   RECOMENDATION
14 VS.                            )
                                  )   COURTROOM:  15
15 JAMES E. TILTON, SECRETARY,    )   DATE:       MAY 2, 2008
                                  )   TIME:       11:00 A.M.
16                                )
                                  )
17           RESPONDENTS.          )
                                  )
18 _____ )

19         PLEASE TAKE NOTICE THAT PETITIONER, CARREA

20 CHRISTOPHER JR., MOVES THE UNITED STATES DISTRICT COURT, SOUTHERN

21 DISTRICT OF CALIFORNIA, IN THE INTREST OF JUSTICE TO REVIEW THE

22 PETITION.  THE PETITIONER, CARREA CHRISTOPHER JR., ASK THE COURT

23 TO SUA SPONTE REVIEW THE PETIION. THE COURT HAS AN OBLIGATION TO

24 REVIEW INTENTIONAL DISCRIMINATION IN A CRIMINAL PROCEEDING OF

25 A TRIAL COURT IN THIS JURISDICTION.

26                              PAGE ONE

27
28 OBJECTION TO REPORT AND RECOMMENDATION    CARREA V. TILTON, ET AL.,
                                             CASE NO.:CV07-2197BTM(NLS)

1  THE COURT SHOULD ESPECIALLY REVIEW SUA SPONTA WHEN THE TRIAL
2  COURT WAS MORE THEN WILLING TO BRAKE ESTABLISHED PUBLISHED
3  STATE AND FEDERAL LAW, IT IS SWORN TO UPHOLD, FOR INTENTIONAL
4  DISCRIMINATION IN A CRIMINAL PROCEEDING IN THIS COURT TERRITORIAL
5  JURISDICTION. THE TRIAL COURT INTENTIONAL DISCRIMINATION AND THE
6  STATE HIGHEST COURT UPHOLDING THE RACIAL ANIMUS OF THE TRIAL COURT,
7  IS A GRAVE CONSTITUTIONAL TRESPASS, THAT WAS WITHIN THE STATE
8  POWER TO HAVE PREVENTED IT.
9      THE MAGISTRATE JUDGE, NITA L. STORMES, IN ERROR IN HER
10 ONE AND HALF PAGE DISCUSSION, CONTENDS THE SPEEDY TRIAL MOTION
11 IS THE PETITIONER ONLY CONTENTION. THE PETITION, ADDRESSES THE
12 PETITIONER, CARREA CHRISTOPHER JR., WAS FORCED TO AN ILLEGAL TRIAL
13 IN A MANNER NO WHITE WAS SUBJECTED TO, IN VIOLATION OF THE STATE
14 OWN LAWS, FEDERAL LAWS, THE UNITED STATES CONSTITUTION, 42 USCA
15 1981, 42 USCA 1983, AND INTENTIONAL DISCRIMINATION THAT CAUSED THE
16 PETITIONER ILLEGAL CUSTODY IN VIOLATION OF THE UNITED STATES
17 CONSTITUTION AND FEDERAL LAWS.
18     THE SPEDDY TRIAL MOTION WAS A LAYER OF THE ONION OF THE
19 TRIAL COURT. HOWEVER, IT MUST BE NOTED THE WORD MOTION WAS NOT
20 WRITTEN IN TWO OF THE THREE GROUNDS. THUS THE MAGISTRATE JUDGE
21 APPERENTLY REACHED HER DECISION PREMATURE, WITH A PRO ESTABLISHMENT
22 MENTALITY, THAT PLACED HER AT ODDS WITH THE INTENT OF CONGRESS
23 AND FEDERAL LAWS.
24
25                 PAGE TWO
26
27
28 OBJECTION TO REPORT AND RECOMMENDATION    CARREA V. TILTON, ET AL.,
                                                         CASE NO.:CV07-2197BTM(NLS)

THE FEDERAL CLAIMS WERE PRESENTED TO THE STATE COURTS THE PETITIONER HAS EXHAUSTED HIS STATE REMEDIES OF THE ISSUES PRESENTED IN THIS CASE, BUT THE UNITED STATES SUPREME COURT HAS ALREADY DECIDED THAT THE FAILURE TO EXHAUST STATE REMEDIES, DOES NOT DEPRIVE AN APPLEATE COURT OF JURISDICTION TO CONSIDER THE MERITS OF A HABEAS CORPUS. IF IT IS UNCLEAR WHETHER A STATE FINDER OF FACTS APPLIED CORRECT CONSTITUTIONAL STANDARDS IN THE DISPOSING OF CONSTITUTIONAL CLAIMS, FEDERAL DISTRICT COURT MUST HOLD A HEARING. THE STATE IN THIS COURT REFUSED ALL STANDARDS OF APPLICATION OF LAW AND JUST STATED DENIED, WITH NO REASON AT ALL.

A HEARING ON THIS PETITION IS REQUIRED. THIS MOTION IS BASED ON THIS REQUEST, THE ACCOMPANYING MEMORANDUM OF POINTS AND AUTHORITIES, AND ON THE PLEADINS AND COURT RECORDS THAT HAVE OR WILL BE REQUESTED OF THE COURT, PETITIONER AND THE LAW REQUEST THE PETITION REVIEWED AND GRANTED.

DATED: APRIL 8, 2008

RESPECTFULLY SUBMITTED,

BY: _____

CARREA CHRISTOPHER JR.

PAGE THREE

OBJECTION TO REPORT AND RECOMMENDATION    CARREA V. TILTON, ET AL.,
CASE NO.:CV07-2197BTM(NLS)