```
                                          FILED
 1  CHRISTOPHER CARREA JR.            2008 APR 14. PM 3:36
    P77287         15-12
 2  5150 O'BYRNES FERRY ROAD          CLERK US DISTRICT COURT
    JAMESTOWN, CALIFORNIA             SOUTHERN DISTRICT OF CALIFORNIA
 3              95327
                                      BY_____DEPUTY
 4
    PRO PER
 5
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARREA CHRISTOPHER JR., ) | CASE NO.: 07CV2197 JLS (NLS) |
| ) | |
| PETITIONER, ) | NOTICE OF LODGMENT |
| ) | IN SUPPORT OF OBJECTION |
| VS. ) | TO REPORT AND RECOMMENDATION |
| ) | |
| JAMES E. TILTON, SECRETARY ) | |
| ) | |
| RESPONDENT. ) | |

THE PETITIONER, CARREA CHRISTOPHER JR. LODGES THE FOLLOWING DOCUMENTS IN SUPPORT OF OBJECTION TO REPORT AND THE RECOMMENDATION:

1. SAN DIEGO COUNTY DISTRICT ATTORNEY LETTER OF ACKNOWLEDGMENT. EXHIBIT A.

2. SUPREME COURT DECISION, EXHIBIT B.

3. APPELLATE COURT DECISION, EXHIBIT C.

DATED: APRIL 8, 2008

RESPECTFULLY SUBMITTED,

BY: _____

CARREA CHRISTOPHER JR.

# EXHIBIT A

JESSE RODRIGUEZ  
ASSISTANT DISTRICT ATTORNEY

**OFFICE OF**  
**THE DISTRICT ATTORNEY**  
COUNTY OF SAN DIEGO

San Diego  
330 West Broadway  
San Diego, CA 92101  
(619) 531-4040

BONNIE M. DUMANIS  
DISTRICT ATTORNEY

http://www.sandiegoda.com

January 5, 2007

Christopher Carrea  
CDC#P-77287  
Richard J. Donovan  
Correctional Facility  
P. O. Box 799004  
San Diego, CA 92179-9004

**RE:   DEMAND FOR TRIAL 1381**

Dear Mr. Carrea:

This is to acknowledge your Demand for Trial letter date December 20, 2006, was received by this office on December 29, 2006.

Your letter, along with a copy of this letter are being forwarded to the City Attorney's Office as the pending case(s) were handled by that office.

Sincerely,

*Jane Via*

JANE VIA  
Deputy District Attorney, Case Issuing  
and Extraditions Division

JV:ac

cc:   City Attorney's Office, 1200 Third Avenue, Suite 700, San Diego, CA 92101  
      Records Case Manager #P-77287, RJD, P. O. Box 799004, San Diego, CA 92179

# EXHIBIT

# B

S153340

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re CHRISTOPHER CARREA on Habeas Corpus

The application for stay and petition for writ of habeas corpus are denied.

SUPREME COURT
FILED

JUL 1 8 2007

Frederick K. Ohlrich Clerk

_____
Deputy

**GEORGE**
_____
Chief Justice

# EXHIBIT "C"

COURT OF APPEAL - FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

FILED
Stephen M. Kelly, Clerk
Court of Appeal Fourth District
MAY 1 4 2007

| | |
|---|---|
| CARREA CHRISTOPHER, JR., <br><br> Petitioner, <br><br> v. <br><br> THE SUPERIOR COURT OF SAN DIEGO COUNTY, <br><br> Respondent; <br><br> THE PEOPLE, <br><br> Real Party in Interest. | D050828 <br><br> (San Diego County Super. Ct. No. CE 269321) |

THE COURT:

　　The court treats petitioner's petition for writ of habeas corpus as a petition for writ of mandate. The petition has been read and considered by Presiding Justice McConnell and Associate Justices McIntyre and O'Rourke. The petition is denied.

McCONNELL, P. J.

Copies to: All parties