```
                                            FILED

CHRISTOPHER CARREA JR.                2008 APR 14 PM 3:37
P77287        15-12
5150 O'BYRNES FERRY ROAD              CLERK US DISTRICT COURT
JAMESTOWN, CALIFORNIA                 SOUTHERN DISTRICT OF CALIFORNIA
              95327
                                      BY_____DEPUTY
PRO PER
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARREA CHRISTOPHER JR., ) | CASE NO.: 07CV2197 JLS(NLS) |
| ) | |
| PETITIONER, ) | JUDICIAL NOTICE REQUEST |
| ) | (EVIDENCE CODE 201) |
| VS. ) | IN SUPPORT OF OBJECTION TO REPORT |
| ) | AND RECOMMENDATION |
| JAMES E. TILTON, SECRETARY ) | |
| ) | |
| RESPONDENT. ) | |

PURSUANT TO FEDERAL RULE, EVIDENCE 201, THE PETITIONER, CARREA CHRISTOPHER JR., REQUEST THE COURT TO TAKE JUDICIAL NOTICE OF THE FOLLOWING:

1. SAN DIEGO COUNTY DISTRICT ATTORNEY LETTER, EXHIBIT A.

2. SUPREME COURT DECISION, EXHIBIT B.

3. APPELLATE COURT DECISION, EXHIBIT C.

DATED: APRIL 8, 2008                    RESPECTFULLY SUBMITTED,

                                        BY:_____

                                        CARREA CHRISTOPHER JR.

JUDICIAL NOTICE REQUEST        CHRISTOPHER V. TILTON

# EXHIBIT "A"

| JESSE RODRIGUEZ<br>ASSISTANT DISTRICT ATTORNEY | OFFICE OF<br># THE DISTRICT ATTORNEY<br>COUNTY OF SAN DIEGO | San Diego<br>330 West Broadway<br>San Diego, CA 92101<br>(619) 531-4040 |
|---|---|---|
| | BONNIE M. DUMANIS<br>DISTRICT ATTORNEY | http://www.sandiegoda.com |

January 5, 2007

Christopher Carrea
CDC#P-77287
Richard J. Donovan
Correctional Facility
P. O. Box 799004
San Diego, CA 92179-9004

**RE: DEMAND FOR TRIAL 1381**

Dear Mr. Carrea:

This is to acknowledge your Demand for Trial letter date December 20, 2006, was received by this office on December 29, 2006.

Your letter, along with a copy of this letter are being forwarded to the City Attorney's Office as the pending case(s) were handled by that office.

Sincerely,

*Jane Via*

JANE VIA
Deputy District Attorney, Case Issuing
and Extraditions Division

JV:ac

cc: City Attorney's Office, 1200 Third Avenue, Suite 700, San Diego, CA 92101
    Records Case Manager #P-77287, RJD, P. O. Box 799004, San Diego, CA 92179

# EXHIBIT B

S153340

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re CHRISTOPHER CARREA on Habeas Corpus

---

The application for stay and petition for writ of habeas corpus are denied.

SUPREME COURT
**FILED**

JUL 1 8 2007

Frederick K. Ohlrich Clerk

_____
Deputy

**GEORGE**
_____
Chief Justice

# EXHIBIT "C"

COURT OF APPEAL - FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

FILED
Stephen M. Kelly, Clerk
MAY 1 4 2007
Court of Appeal Fourth District

| | |
|---|---|
| CARREA CHRISTOPHER, JR.,<br><br>　　Petitioner,<br><br>　　v.<br><br>THE SUPERIOR COURT OF SAN DIEGO COUNTY,<br><br>　　Respondent;<br><br>THE PEOPLE,<br><br>　　Real Party in Interest. | D050828<br><br>(San Diego County<br>Super. Ct. No. CE 269321) |

THE COURT:

　　The court treats petitioner's petition for writ of habeas corpus as a petition for writ of mandate. The petition has been read and considered by Presiding Justice McConnell and Associate Justices McIntyre and O'Rourke. The petition is denied.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ McConnell
　　　　　　　　　　　　　　　　　　　　　　　　　McCONNELL, P. J.

Copies to: All parties

```
 1  CHRISTOPHER CARREA JR.
    P77287        15-12
 2  5150 O'BYRNES FERRY ROAD
    JAMESTOWN,  CALIFORNIA
 3                95327

 4  PRO PER

 5

 6

 7

 8              UNITED STATES DISTRICT COURT

 9             SOUTHERN DISTRICT OF CALIFORNIA

10

11  CHRISTOPHER CARREA JR.,    )   CASE NO.:CV 07-2197JLS(NLS)
                               )
12            PETITIONER,      )   PROOF OF SERVICE
                               )
13  VS.                        )
                               )
14  JAMES E. TILTON, SECRETARY,)
    ET AL.,                    )
15                             )
              RESPONDENTS.     )
16  _____)

17        I AM OVER THE AGE OF EIGHTEEN AND NOT A PARTY TO

18  THIS ACTION.  MY ADDRESS IS AS FOLLOW:

19          5150 O'BYRNES FERRY ROAD

20          JAMESTOWN,  CALIFORNIA

21                  95327

22  I SERVED THE RESPONDENTS VIA UNITED STATES MAIL A COPY OF THE

23  FOLLOWING DOCUMENTS:  OBJECTION TO REPORT AND RECOMMENDATION,

24  JUDICIAL NOTICE REQUEST, AND NOTICE OF LODGMENT.

25

26

27  IN AN ENVELOPE SEALED, WITH THE ADDRESS TO BE PROCESSED THROUGH

28  THE MAILROOM AT THIS FACILITY.  THE ENVELOPE WAS PLACED INTO THE
```

PAGE ONE

1. DESIGNATED MAIL RECEPTICALE AND MAILED TO THE FOLLOWING ADDRESS
2. NOTED:
3.         STATE OF CALIFORNIA ATTORNEY GENERAL
4.         EDMUND G. BROWN
5.         110 WEST "A" STREET, SUITE 600
6.         SAN DIEGO, CALIFORNIA
7.             92101
8.     PURSUANT TO THE HOLDING OF THE UNITED STATES SUPREME COURT
9. IN HOUSTON V. LACK, 108 S. CT. 2379, 487 U.S. 266, 101(1988) AND
10. FRAP , RULE 4(C) INMATE LEGAL DOCUMENTS ARE DEEMED FIED ON THE
11. DATE THEY ARE DELIVERED TO PRISION STAFF FOR PROCESSING AND
12. MAILING VIA THE INSTITUTION INTERNAL LEGAL MAIL PROCEEDINGS.
13.
14.     I, DECLARE, UNDER THE PENALTY OF PERJURY THAT THE FOREGOING
15. IS TRU AND CORRECT. EXECUTED THIS 8 DAY, APRIL   ,2008, AT
16. JAMESTOWN, CALIFORNIA.
17.
18.
19.
20.                               BY: *Le Roy Seymore*
21.
22.                               LE ROY SEYMORE
23.
24.
25.
26.
27.                     PAGE TWO
28.