# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Christopher Carrea, Jr.

          **V.**                          **JUDGMENT IN A CIVIL CASE**

Matthew Cate

                          **CASE NUMBER:** 07CV2197-BTM(NLS)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

| | |
|---|---|
| June 4, 2008 | W. Samuel Hamrick, Jr. |
| Date | Clerk |
| | s/J. Petersen |
| | (By) Deputy Clerk |
| | ENTERED ON June 4, 2008 |

07CV2197-BTM(NLS)